UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT
OF WISCONSIN

---

JOSEPH REINWAND,

    Petitioner-Appellant,

v.   Case No. 19-cv-810

SUSAN NOVAK,

    Respondent-Appellee.

---

NOTICE OF APPEAL

---

Notice is hereby given that Joseph Reinwand, the Appellant in the above entitled Action hereby Appeals to the United States Court of Appeals for the Seventh Circuit. Appealing from the Order issued by the Clerk of the District Court entered on 04-21-2020 NEF by the Western District Court.

Dated: 04-28-2020

Sincerely,

*Joseph Reinwand*

Joseph Reinwand 569593
Columbia Correctional
P.O. Box 900
Portage, WI. 53901